From: Charles Brinton
Allred Unit #1143771
2101 FM 369 N.
Iowa Park, TX 76367

60,852-08

April 15, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk

To: Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, TX 78711

Dear Clerk:

You have been receiving letters from me about my wrongly affirmed conviction and Mandamus Writ that has all gone ignored? — by your office? I pray not. I do not want to bother you but I have lost all things outside of myself. I do retain my sanity and peace of mind but freedom is what I am after. It is mine. Being the gatekeeper that you are, I would very much appreciate it if you forwarded my weekly letters to the Hon. Judges of This Court. Thank you, in advance.

Sincerely,

C. Brinton — wrongfully affirmed conviction in 2004 — In the 3rd C.O.A. @ Austin, TX